FILED
United States Court of Appeals
Tenth Circuit

April 12, 2019

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

JERUD BUTLER,

    Plaintiff - Appellant,

v.

BOARD OF COUNTY COMMISSIONERS for San Miguel County, et al.,

    Defendants - Appellees.

No. 18-1012

---

**ORDER**

---

Before **TYMKOVICH**, Chief Judge, **EBEL**, and **LUCERO**, Circuit Judges.

---

This matter is before the court on Appellees' Unopposed Motion for Extension of Time to Submit Response to Appellant's Petition for Rehearing En Banc. The motion is granted. The response shall be filed and served on or before May 1, 2019.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk