# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

September 3, 2019

Clerk
United States Court of Appeals for the Tenth
Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

> Re:  Jerud Butler
> v. Board of County Commissioners for San Miguel County, et al.
> No. 19-285
> (Your No. 18-1012)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 3, 2019 and placed on the docket September 3, 2019 as No. 19-285.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst