# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 9, 2019

Clerk
United States Court of Appeals for the Tenth
Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257


      Re:  Jerud Butler
            v. Board of County Commissioners for San Miguel County, et al.
            No. 19-285
            (Your No. 18-1012)


Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.


Sincerely,

**Scott S. Harris**, Clerk